UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE MOODY COMPANY, LLC | CIVIL ACTION NO. 6:17-CV-01602 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| BIOLOGICAL & ENVIRONMENTAL SOLUTIONS LLC | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's motion to dismiss for lack of personal jurisdiction [Rec. Doc. 5] is **granted** and the plaintiff's claims are **dismissed without prejudice**, consistent with the report and recommendation.

Lafayette, Louisiana, this 29th day of March, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT COURT